**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

Filed By The Court
01/17/25 4:57 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Name of Debtor(s):

LAWRENCE MAJEWSKI

Chapter :

**DECLARATION REGARDING ELECTRONIC FILING**
**(SELF-REPRESENTED INDIVIDUAL)**

1. I (we) have completed the following documents using the Court's Electronic Filing program for self-represented debtors (eSR):

| All Cases: (check the boxes for all documents that were submitted electronically) ||
|---|---|
| [X] Voluntary Petition for Individuals Filing for Bankruptcy (Official Form B101) | [ ] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form B106E) |
| [ ] Declaration About an Individual Debtor's Schedules (Official Form B106Dec) | [ ] Schedule G: Executory Contracts and Unexpired Leases (Official Form B106G) |
| [ ] Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form B106Sum) | [ ] Schedule H: Codebtors (Official Form B106H) |
| [ ] Schedule A/B: Property (Official Form B106A/B) | [ ] Schedule I: Your Income (Official Form B106I) |
| [ ] Schedule C: The Property You Claim as Exempt (Official Form B106C) | [ ] Schedule J: Your Expenses (Official Form B106J) |
| [X] Schedule D: Creditors Who Hold Claims Secured by Property (Official Form B106D) | [ ] Your Statement of Financial Affairs for Individuals Filing Bankruptcy (Official Form B107) |

| Chapter 7 Cases Only: ||
|---|---|
| [ ] Statement of Exemption from Presumption of Abuse Under §707(b)(2) (Official Form B122A-1Supp) | [ ] Chapter 7 Statement of Your Current Monthly Income (Official Form B122A-1) |
| [ ] Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B108) | [ ] Chapter 7 Means Test (Official Form B122A-2) |

| Chapter 13 Cases Only: ||
|---|---|
| [X] Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment (Official Form B122C-1) | [X] Chapter 13 Calculation of Your Disposable Income (Official Form B122C-2) |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court District of South Carolina.

Page 1 of 2

2. **Declaration of Petitioner:**
   a. To be completed in all cases.

I (we), the undersigned Debtor(s) hereby declare under penalty of perjury that: (1) I (we) have read and understand the above-referenced document(s) being filed electronically ("Voluntary Petition"); (2) the information contained in the petition, statements and schedules, lists, and disclosures is true and correct, to the best of my knowledge and belief; and (3) I (we) have authorized the electronic filing of the Voluntary Petition with the United States Bankruptcy Court, District of South Carolina.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out the Voluntary Petition, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I (we) further declare under penalty of perjury that I (we) have completed and signed Your Statement about Your Social Security Number(s) (Official Form B121) and provided the signed form to the Clerk. **I (we) understand that this DECLARATION Regarding Electronic Filing must be filed with the Clerk in addition to the petition.**

   b. To be checked and applicable only if the petition is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under Chapter 7.

☐ I (we) am (are) aware that I (we) may proceed under Chapter 7, 11, 12, or 13 of Title 11 United States Code; I (we) understand the relief available under each chapter; I (we) choose to proceed under Chapter 7; and I (we) request relief in accordance with Chapter 7.

I understand that failure to file the signed original of this Declaration is grounds for dismissal of my case pursuant to 11 U.S.C. §§ 707(a) and 105.

X _____    X _____    1-16-2025
Name of Debtor 1            Signature of Debtor 1        Date

X _____    X _____    _____
Name of Debtor 2            Signature of Debtor 2        Date