# Notice Recipients

District/Off: 0420–2  User: admin  Date Created: 01/21/2025
Case: 25–00204–jd  Form ID: b309i  Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
544480390    Sps Financial

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Lawrence Majewski    2090 Country Manor Dr.    Mt. Pleasant, SC 29466–7411
ust    US Trustee's Office    Strom Thurmond Federal Building    1835 Assembly Street    Suite 953    Columbia, SC 29201
tr    James M. Wyman    PO Box 997    Mount Pleasant, SC 29465–0997

TOTAL: 3