# EXHIBIT C

Case Number: NC-2017-0379
Filed in Newport County Superior Court
Submitted: 2/28/2024 12:21 PM
Envelope: 4510102
Reviewer: Patricia B.

Case 25-00204-jd   Doc 13-3   Filed 01/27/25   Entered 01/27/25 11:36:04   Desc
Exhibit Exhibit C - AOM to OMFG   Page 2 of 2

DOC :151030   BK:3182   PG:204
RECEIVED - RECORDED, NEWPORT RI
01/31/2024, 03:00:37P
LAURA SWISTAK, NEWPORT CITY CLERK E-RECORDED

Recording Requested By:
Residential RealEstate Review

When Recorded Return To:

Residential RealEstate Review
Collateral Document Services
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

## CORPORATE ASSIGNMENT OF MORTGAGE

Newport City, Rhode Island
Residential RealEstate Review#: [redacted], 40001

Date of Assignment: JAN 2 4 2024

Assignor: ONEMAIN FINANCIAL SERVICES, INC. BY SELECT PORTFOLIO SERVICING, INC. AS ITS ATTORNEY IN FACT at C/O SELECT PORTFOLIO SERVICING, INC. 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119

Assignee: ONEMAIN FINANCIAL GROUP, LLC, SUCCESSOR BY MERGER TO ONEMAIN FINANCIAL SERVICES, INC. at C/O SELECT PORTFOLIO SERVICING, INC, 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119

Executed By: LARRY J MAJEWSKI AND SHANNON R MAJEWSKI HUSBAND AND WIFE To: AMERICAN GENERAL FINANCIAL SERVICES, INC.
Dated: 09-24-2004 Recorded: 10-07-2004 as Instrument No. 22280, Book/Reel/Liber 1544, Page/Folio 1 In Newport City, State of Rhode Island.

Property Address: 75 POPE ST, NEWPORT, RI 02840

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $320,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

ONEMAIN FINANCIAL SERVICES, INC. BY SELECT PORTFOLIO SERVICING, INC. AS ITS ATTORNEY IN FACT
On JAN 2 4 2024

By: _____
Sherry Nielsen
Document Control Officer

STATE OF Utah
COUNTY OF Salt Lake

On, JAN 2 4 2024, before me, Alexa Velarde, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Sherry Nielsen Document Control Officer, of ONEMAIN FINANCIAL SERVICES, INC. BY SELECT PORTFOLIO SERVICING, INC. AS ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Alexa Velarde

ALEXA VELARDE
Notary Public  State of Utah
My Commission Expires on:
February 07, 2026
Comm. Number: 722932