# EXHIBIT D

A3093\306083941.v1

Case Number: NC-2017-0379
Filed in Newport County Superior Court
Submitted: 5/23/2024 4:00 PM
Envelope: 4641337
Reviewer: Vaughn H.

STATE OF RHODE ISLAND　　　　　　　　　　　　　　　　SUPERIOR COURT
NEWPORT, S.C.

| |
|---|
| ONEMAIN FINANCIAL SERVICES, INC., |
| Plaintiff, |
| v. |
| LARRY J. MAJEWSKI, SHANNON MAJEWSKI, ET AL. |
| Defendants. |

C.A. NO. NC-2017-0379

**ORDER**

On May 17, 2024, this matter came before the Rhode Island Superior Court, Associate Justice Richard Raspallo presiding, for hearing of Plaintiff's Motion to Substitute Party. After hearing thereon and in consideration thereof, it is hereby:

**ORDERED:**

1. The Motion is granted.

2. OneMain Financial Group, LLC is substituted as Plaintiff in this action for OneMain Financial Services, Inc.

Entered:　　　　　　　　　　　　　　　　　　　　　　Ordered:

　　/s/ Richard D. Raspallo
　　Associate Justice
　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ William Van Wormer
　　　　　　　　　　　　　　　　　　　　　　　Clerk　Deputy Clerk I　　June 4, 2024

55043\321248498.v1

Case Number: NC-2017-0379
Filed in Newport County Superior Court
Submitted: 5/23/2024 4:00 PM
Envelope: 4641337
Reviewer: Vaughn H.

Case 25-00204-jd    Doc 13-4    Filed 01/27/25    Entered 01/27/25 11:36:04    Desc
Exhibit Exhibit D - Order Granting Substitution    Page 3 of 3

Presented by,

ONEMAIN FINANCIAL SERVICES, INC.

By: Its Attorneys

/s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
Jessica M. Goldberg, Bar No. 10531
HINSHAW & CULBERTSON LLP
56 Exchange Terrace
Providence, RI 02903
401-751-0842
401-751-0072  (facsimile)
sbodurtha@hinshawlaw.com
jessicagoldberg@hinshawlaw.com

Dated:    May 23, 2024

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that on this 23rd day of May 2024,

☒ I electronically filed and served this document through electronic filing system on the following parties:

Jason MacKeen, Esq.
Orlans PC
PO Box 540540
Waltham, MA 02454
jmackeen@orlans.com
*Counsel for Plaintiff*

John B. Ennis, Esq.
1200 Reservoir Avenue
Cranston, RI 02920
Jbelaw75@gmail.com
*Counsel for Defendants. Larry J. Majewski and Shannon R. Majewski*

Lyndia L. Laing, Esq.
One Davol Square
Suite 305
Providence, RI 02903
llaing@straussfactor.com
*Counsel for Defendants. Henry V. Boezi III and Saint Michaels Country Day School*

The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

/s/ *Samuel C. Bodurtha*
Samuel C. Bodurtha

2

55043\321248498.v1