# EXHIBIT E

A3093\306083941.v1

Case Number: NC-2017-0379
Filed in Newport County Superior Court
Submitted: 10/25/2018 10:47 AM
Envelope: 1772213
Reviewer: Cynthia G.

Case 25-00204-jd    Doc 13-5    Filed 01/27/25    Entered 01/27/25 11:36:04    Desc
Exhibit Exhibit E - Superior Court Order Allowing Foreclosure Sale    Page 2 of 4

STATE OF RHODE ISLAND                    SUPERIOR COURT
NEWPORT, Sc.

Springleaf Financial Services, Inc.
        Plaintiff
v.                                       NC-2017-0379
Larry J. Majewski and Shannon R.
Majewski and Hudson Keyse, LLC and
Mid City Steel Inc. and Portfolio
Recovery Associates, LLC and Purmort,
Martin and Mercier, Inc. and Garland
Manufacturing Corporation and Women
& Infants Hospital and LVNV Funding
LLC and Saint Michaels Country Day
School and Henry V. Boezi III and
Bronz-Glow Technologies, Inc. and
United States Attorney's Office for the
Southern District of Ohio and Baynes &
Jones Electric Supply, Discover Bank
        Defendant

# [1]CORRECTIVE ORDER FOR
# PARTIAL SUMMARY JUDGMENT

The above entitled matter was before the Honorable Judge Stephen P. Nugent on August 6, 2018, for consideration on Plaintiff, Springleaf Financial Services, Inc., Motion for Partial Summary Judgment and an Order directing the sale of the property located at 75 Pope Road, Newport, RI 02840 and as otherwise described in the Mortgage, It is hereby

ORDERED, ADJUDGED and DECREED

1. The Mortgage recorded in the Land Evidence Records for the City of Newport on October 7, 2004 in Book 1544 at Page 1 is a valid first priority lien on the Property;

2. The Judgment recorded by Bronz-Glow Technologies, Inc. recorded in the Land Evidence Records for the City of Newport on December 10, 2004 in Book 1568 at Page 75 is not a valid lien encumbering the Property and is otherwise subordinate to the Mortgage recorded in Book 1544 at Page 1;

---

15-013986 / 17-017588                1        [1]The purpose of the Corrective Order for Partial Summary Judgment is to correct the recording information of the Judgment referenced in paragraph 2 on the Order for Partial Summary Judgment entered on October 5, 2018

Case Number: NC-2017-0379
Filed in Newport County Superior Court
Submitted: 10/25/2018 10:47 AM
Envelope: 1772213
Reviewer: Cynthia G.

Case 25-00204-jd    Doc 13-5    Filed 01/27/25    Entered 01/27/25 11:36:04    Desc
Exhibit Exhibit E - Superior Court Order Allowing Foreclosure Sale    Page 3 of 4

3. The Legal Description attached to the Mortgage recorded in the Land Evidence Records for the City of Newport on October 7, 2004 in Book 1544 at Page 1, contains a scrivener's error, which does not affect the validity of the Mortgage;

4. That portion of the Legal Description attached to the Mortgage recorded in the Land Evidence Records for the City of Newport on October 7, 2004 in Book 1544 at Page 1, as follows:

   NORTHERLY: BY LAND NOW OR FORMERLY OF JAMES COITE, FIFTY-ONE AND FOUR TENTHS (51.4) FEET;

   Should have referenced the description as follows:
   SOUTHERLY: BY LAND NOW OR FORMERLY OF JAMES COITE, FIFTY-ONE AND FOUR TENTHS (51.4) FEET;

5. The deed reference in the Mortgage, the deed to Larry Majewski and Shannon Majewski recorded in the Land Evidence Records for the City of Newport in Book 1439 at page 60 ("Deed") as well as prior deeds in the chain of title, correct the legal description in the Deed and Mortgage and otherwise validate the legal descriptions in the Deed and Mortgage;

6. Defendants, Larry J. Majewski and Shannon R. Majewski, are in default of the terms and conditions of the Note and Mortgage;

7. The sums secured by the Mortgage are immediately due and payable without further demand in accordance with paragraph 18 of the Mortgage;

8. Judgment is entered in favor of Plaintiff and an interlocutory decree authorizing the Plaintiff to foreclose the Mortgage recorded in the Land Evidence Records for the City of Newport on October 7, 2004 in Book 1544 at Page 1 by the exercise of power of sale therein and in accordance with R.I.G.L. § 34-27-1, et seq.;

9. Plaintiff shall give notice of the sale and conduct such sale in accordance with the provisions of R.I.G.L. § 34-11-22;

10. Plaintiff or its designee be allowed to make a credit bid at the sale; and

Case Number: NC-2017-0379
Filed in Newport County Superior Court
Submitted: 10/25/2018 10:47 AM
Envelope: 1772213
Reviewer: Cynthia G.

Case 25-00204-jd    Doc 13-5    Filed 01/27/25    Entered 01/27/25 11:36:04    Desc
Exhibit Exhibit E - Superior Court Order Allowing Foreclosure Sale    Page 4 of 4

11. Plaintiff shall be entitled to collect all expenses, including costs and all reasonable attorneys fees, incurred in bringing this action and conducting the foreclosure sale.

ENTER:                                             ORDER:

_____/s/ Stephen P. Nugent_____                _____/s/ Patricia DelBrocco_____
                                                   Deputy Clerk
                                                   October 30, 2018
                                                   Prepared by

                                                   /s/ *Michael R. Hagopian*

                                                   _____
                                                   Michael R. Hagopian, Esq. 3448
                                                   Orlans PC
                                                   PO Box 540540
                                                   Waltham MA 02454
                                                   (781) 790-7800