# EXHIBIT F

DISMISSED, HoldClosing, HldEntDis, DebtEd, CLOSED

United States Bankruptcy Court
District of Rhode Island (Providence)
Bankruptcy Petition #: 1:19-bk-10718

```
Assigned to: Judge Diane Finkle              Date filed: 05/01/2019
Chapter 13                                   Date terminated: 07/17/2019
Voluntary                                    Debtor dismissed: 06/18/2019
Asset                                        341 meeting: 05/31/2019
Debtor disposition: Dismissed for Other Reason

Debtor                           represented by    Russell D. Raskin
Shannon R. Majewski                                Raskin & Berman
75 Pope Street                                     116 East Manning Street
Newport, RI 02840                                  Providence, RI 02906
NEWPORT-RI                                         (401) 421-1363
SSN / ITIN: xxx-xx-3881                            Email: mail@raskinberman.com

Assistant U.S. Trustee
Gary L. Donahue
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903
(401) 528-5551

Trustee
John Boyajian
400 Westminster St. Box 12
Providence, RI 02903
(401) 223-5550
```

| Filing Date | # | Docket Text |
|---|---|---|
| 05/01/2019 | 1 | Chapter 13 Voluntary Petition . Fee Amount $310 Filed by Shannon R. Majewski. Government Proof of Claim due by 10/28/2019. (Raskin, Russell) (Entered: 05/01/2019) |
| 05/01/2019 | 2 | **RESTRICTED ACCESS!** Statement of Social Security Number (access to this document is restricted) Filed by Debtor Shannon R. Majewski. (Raskin, Russell) (Entered: 05/01/2019) |
| 05/01/2019 | 3 | Certificate of Credit Counseling  Filed by Debtor Shannon R. Majewski. (Raskin, Russell) (Entered: 05/01/2019) |
| 05/01/2019 | 4 | Meeting of Creditors & Notice of Appointment of Interim Trustee John Boyajian, to be held on 05/31/2019 at 11:30 AM at Federal Center (Room 620). Proof of Claim due by 07/10/2019. Confirmation Hearing to be Held on 07/10/2019 at 10:00 AM at 6th Floor Courtroom. Objections to discharge due by 07/30/2019. (Entered: 05/01/2019) |
| 05/01/2019 |   | Receipt of filing fee for Voluntary Petition (Chapter 13)(1:19-bk-10718) [misc,volp13a] ( 310.00). Receipt number 3682537, amount $ 310.00. (U.S. Treasury) (Entered: 05/01/2019) |
| 05/02/2019 | 5 | 14 Day Order re: Missing Documents and Automatic Dismissal if documents are not timely filed. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Shannon R. Majewski). To view the specific items listed in the Missing |

1/24/25, 10:00 AM                    CM/ECF Live Database Area

Case 25-00204-jd    Doc 13-6    Filed 01/27/25    Entered 01/27/25 11:36:04    Desc
              Exhibit Exhibit F - BK Docket for 19-10718    Page 3 of 6

| | | |
|---|---|---|
| | | Documents Order, click on the document number for this entry. Missing Documents Due By: 5/15/2019, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Descoteaux, Janet) (Entered: 05/02/2019) |
| 05/04/2019 | 6 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 5 14 Day Order Re: Missing Documents) Notice Date 05/04/2019. (Admin.) (Entered: 05/05/2019) |
| 05/05/2019 | 7 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 4 Creditors Meeting (Chapter 13)) Notice Date 05/05/2019. (Admin.) (Entered: 05/06/2019) |
| 05/09/2019 | 8 | Notice of Appearance and Request for Notice  Filed by Tatyana P. Tabachnik on behalf of OneMain Financial Services, Inc. (Attachments: # 1 Certificate of Service) (Tabachnik, Tatyana) (Entered: 05/09/2019) |
| 05/14/2019 | 9 | Notice to the Court *of Missing State Tax Returns* Filed by Bernard J. Lemos on behalf of RI Division of Taxation. (Lemos, Bernard) (Entered: 05/14/2019) |
| 05/15/2019 | 10 | Motion to Extend Time until May 22, 2019 to File missing documents filed by Shannon R. Majewski (related document(s)5 14 Day Order Re: Missing Documents). Objection period will be left to the discretion of the court. (Raskin, Russell) (Entered: 05/15/2019) |
| 05/16/2019 | 11 | Order Granting 10 Motion to Extend Time to 5/22/2019 to File missing documents filed by Shannon R. Majewski (related document(s) 5 14 Day Order Re: Missing Documents). Updated deadline due by: 5/22/2019. (Sweeney, Carolyn) (Entered: 05/16/2019) |
| 05/18/2019 | 12 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 11 Order on Motion to Extend Time) Notice Date 05/18/2019. (Admin.) (Entered: 05/19/2019) |
| 05/22/2019 | 13 | Motion to Extend Time until May 24, 2019 to File missing documents filed by Shannon R. Majewski (related document(s)11 Order on Motion to Extend Time). Objection period will be left to the discretion of the court. (Raskin, Russell) (Entered: 05/22/2019) |
| 05/23/2019 | 14 | Notice of Appearance and Request for Notice  Filed by Mitchell R Edwards on behalf of Bronz-Glow Technologies, Inc.. (Edwards, Mitchell) (Entered: 05/23/2019) |
| 05/23/2019 | 15 | Notice of Appearance and Request for Notice  Filed by Mitchell R Edwards, Andrew S Tugan on behalf of Bronz-Glow Technologies, Inc.. (Tugan, Andrew) (Entered: 05/23/2019) |
| 05/23/2019 | 16 | Order Granting Motion to Extend Time to 5/24/2019 to file missing documents: (Related Doc # 13). Updated deadline due by: 5/24/2019. (Davis, Jennifer) (Entered: 05/23/2019) |
| 05/24/2019 | 17 | **RESTRICTED ACCESS!** Employee Income Records  Filed by Debtor Shannon R. Majewski. (Raskin, Russell) (Entered: 05/24/2019) |
| 05/24/2019 | 18 | Missing Document(s) Filed: Petition Page Schedule A-B Schedule C, Schedule D, Schedule E-F, Schedule G Schedule H Schedule I, Schedule J, Summary of Assets and Liabilities Declaration Concerning Debtors Schedules, Stmt of Financial Affairs, Stmt of Intent, Disclosure of Atty Compensation, |

1/24/25, 10:00 AM                          CM/ECF LIVE - U.S. District Court:rib

Case 25-00204-jd    Doc 13-6    Filed 01/27/25    Entered 01/27/25 11:36:04    Desc
Exhibit Exhibit F - BK Docket for 19-10718    Page 4 of 6

| Date | # | Description |
|---|---|---|
| | | Filed by Debtor Shannon R. Majewski. (Raskin, Russell) (Entered: 05/24/2019) |
| 05/24/2019 | 19 | Chapter 13 Agreement -LF 2083-1.1 Filed by Debtor Shannon R. Majewski (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Shannon R. Majewski). (Raskin, Russell) (Entered: 05/24/2019) |
| 05/24/2019 | 20 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Not Determined Filed by Debtor Shannon R. Majewski. (Raskin, Russell) (Entered: 05/24/2019) |
| 05/24/2019 | 21 | Chapter 13 Plan and Request for Valuation of Security and Request for Lien Avoidance and Request for Assumption of Executory Contracts and Unexpired Leases filed by Debtor Shannon R. Majewski. (Attachments: # 1 Certificate of Service # 2 Mailing Matrix)(Raskin, Russell) (Entered: 05/24/2019) |
| 05/25/2019 | 22 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 16 Order on Motion to Extend Time) Notice Date 05/25/2019. (Admin.) (Entered: 05/26/2019) |
| 05/28/2019 | 23 | Order re: 21 Chapter 13 Plan filed by Debtor Shannon R. Majewski. Compliance Due by: 6/4/2019. **See order for details** (Sweeney, Carolyn) (Entered: 05/28/2019) |
| 05/30/2019 | 24 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 23 Order) Notice Date 05/30/2019. (Admin.) (Entered: 05/31/2019) |
| 05/31/2019 | | Meeting NOT Held - Trustee Follow-Up Due (related document(s)4 Creditors Meeting (Chapter 13)). Status Check Due by:06/21/2019, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). Trustee Action to follow. (Boyajian, John) Filed by Trustee (Entered: 05/31/2019) |
| 05/31/2019 | 25 | Trustee's Motion to Dismiss Case . Objections to Motion due: 06/14/2019, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Boyajian, John) Filed by Trustee (Entered: 05/31/2019) |
| 06/03/2019 | 26 | Certificate of Service Filed by Debtor Shannon R. Majewski (related document(s)23 Order). (Attachments: # 1 Mailing Matrix) (Raskin, Russell) (Entered: 06/03/2019) |
| 06/04/2019 | 27 | HEARING CONTINUED BY THE COURT (re 21 Chapter 13 Plan filed by Debtor Shannon R. Majewski) Confirmation hearing to be held on 7/17/2019 at 10:00 am, Sixth Floor Courtroom. Objections to confirmation must be filed and served at least seven days prior to the date set for confirmation. See LBR 3015-3. (DAgostino, Holly) (Entered: 06/04/2019) |
| 06/04/2019 | 28 | ** This hearing was set in error. There are no pending Loss Mitigation Proceedings*** re 23 Loss Mitigation Order Regarding Midfirst Bank) . Status hearing to be held on 7/17/2019 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) Modified on 6/4/2019 (DAgostino, Holly). (Entered: 06/04/2019) |
| 06/04/2019 | | (TEXT ONLY) CORRECTIVE ACTION TAKEN- (related document(s)28 Hearing (Bk) Cont). Deficiency: ** This hearing was set in error. There are no pending Loss Mitigation Proceedings |

1/24/25, 10:00 AM Case 25-00204-jd    Doc 13-6    Filed 01/27/25 Live Database Area 01/27/25 11:36:04    Desc
Exhibit Exhibit F - BK Docket for 19-10718    Page 5 of 6
No further action is required! (DAgostino, Holly) (Entered: 06/04/2019)

| Date | # | Description |
|---|---|---|
| 06/06/2019 | 29 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 28 Hearing (Bk) Cont) Notice Date 06/06/2019. (Admin.) (Entered: 06/07/2019) |
| 06/06/2019 | 30 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 27 Hearing (Bk) Cont) Notice Date 06/06/2019. (Admin.) (Entered: 06/07/2019) |
| 06/07/2019 | | Trustee's Selection for Audit. (Donahue, Gary) Filed by Trustee (Entered: 06/07/2019) |
| 06/11/2019 | 31 | Debtor's Notice of Updated Address for Hudson Keyse, LLC Filed by Debtor Shannon R. Majewski (related document(s)4 Creditors Meeting (Chapter 13)). (Raskin, Russell) (Entered: 06/11/2019) |
| 06/18/2019 | 32 | Order Granting Trustee's Motion To Dismiss Case (Related Doc # 25) . Unless an appeal or motion under FRBP 9023 is filed on or before: 7/2/2019, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f), the case will be administratively closed. (Sweeney, Carolyn) (Entered: 06/18/2019) |
| 06/18/2019 | 33 | Objection to Confirmation of Plan  filed by Creditor OneMain Financial Services, Inc (related document(s)21 Chapter 13 Plan filed by Debtor Shannon R. Majewski). (Attachments: # 1 Certificate of Service)(Tabachnik, Tatyana) (Entered: 06/18/2019) |
| 06/20/2019 | 34 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 32 Order on Trustee's Motion to Dismiss Case) Notice Date 06/20/2019. (Admin.) (Entered: 06/21/2019) |
| 07/08/2019 | 35 | Notice of Dismissal (related document(s):32 Order Granting Trustee's Motion to Dismiss Case). (Davis, Jennifer) (Entered: 07/08/2019) |
| 07/08/2019 | | Confirmation Hearing Not Held (re: 21 Chapter 13 Plan filed by Debtor Shannon R. Majewski). **It is the responsibility of the Debtors' counsel to advise their clients that the matter has been removed from the Court's calendar** -- Case dismissed. (Davis, Jennifer) (Entered: 07/08/2019) |
| 07/10/2019 | 36 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 35 Notice of Dismissal) Notice Date 07/10/2019. (Admin.) (Entered: 07/11/2019) |
| 07/16/2019 | 37 | Chapter 13 Trustee Final Report and Account (Boyajian, John) (Entered: 07/16/2019) |
| 07/17/2019 | 38 | Order Discharging Chapter 13 Trustee & Closing Case (Sweeney, Carolyn) (Entered: 07/17/2019) |
| 07/22/2019 | | Report of Audit (Unable to Complete). Pursuant to 28.U.S.C. 586(f)(1), the United States Trustee contracted for an audit to be performed of this case. The audit was not completed because the debtor did not respond to the auditors requests for information. Filed by Sutherland, D. (Entered: 07/22/2019) |
| 07/29/2019 | 39 | Debtor's Notice of Updated Address for Hudson Keyse, LLC Filed by Debtor Shannon R. Majewski (related document(s)35 Notice of Dismissal). (Raskin, Russell) (Entered: 07/29/2019) |

```
                          PACER Service Center
                          Transaction Receipt

                          01/24/2025 10:00:11

PACER Login: hinshaw0185          Client Code: 0915271
Description: Docket Report        Search Criteria: 1:19-bk-10718 Fil or Ent: filed
                                  Doc From: 0 Doc To: 99999999
                                  Term: included    Format: text
                                  Page counts for documents:
                                  included
Billable Pages: 3                 Cost: 0.30
```