# EXHIBIT G

United States Bankruptcy Court
District of Rhode Island (Providence)
Bankruptcy Petition #: 1:19-bk-11556

| | |
|---|---|
| Assigned to: Judge Diane Finkle | Date filed: 10/03/2019 |
| Chapter 7 | Date terminated: 11/05/2019 |
| Voluntary | Debtor dismissed: 10/17/2019 |
| No asset | 341 meeting: 11/18/2019 |
| Debtor disposition: Dismissed for Failure to File | Deadline for objecting to discharge: 12/30/2019 |
| Information | Deadline for financial mgmt. course: 12/30/2019 |

Debtor                                represented by    Shannon Roberta Majewski
Shannon Roberta Majewski                                PRO SE
75 Pope Street
Newport, RI 02840
NEWPORT-RI
(941) 993-3603
SSN / ITIN: xxx-xx-3881


Assistant U.S. Trustee
Gary L. Donahue
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903
(401) 528-5551


Trustee
Lisa A. Geremia
Geremia & DeMarco Ltd.
620 Main Street CU 3A
East Greenwich, RI 02818
(401) 885-1444


| Filing Date | # | Docket Text |
|---|---|---|
| 10/03/2019 | 1 | Chapter 7 Voluntary Petition Individual. . Fee Amount $60.00 Filed by Shannon R. Majewski . (Descoteaux, Janet) (Entered: 10/03/2019) |
| 10/03/2019 | 2 | **RESTRICTED ACCESS!** Statement of Social Security Number (access to this document is restricted) Filed by Debtor Shannon Roberta Majewski . (Descoteaux, Janet) (Entered: 10/03/2019) |
| 10/03/2019 | 3 | Certificate of Pro Se Debtor Re: Preparation of Petition by Non-Legal Entity. Amount Paid: n/a Dollars. Name of Preparer: n/a. . Filed by Debtor Shannon Roberta Majewski . (Descoteaux, Janet) (Entered: 10/03/2019) |
| 10/03/2019 | 4 | Application to Pay Filing Fee in Installments filed by Shannon Roberta Majewski.Status Check Due by:10/7/2019. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(d)(2)(C). (Descoteaux, Janet) (Entered: 10/03/2019) |
| 10/03/2019 | 5 | Order Granting Application To Pay Filing Fees In Installments. First Installment Payment paid on 10/3/2019 in the amount of $60.00. Second Installment Payment due by 11/4/2019 in the amount of $92.00. Third Installment Payment due by 12/2/2019 in the amount of $92.00. Final |

1/24/25, 10:28 AM                                    District of Rhode Island LiveDB - Live Area

Case 25-00204-jd    Doc 13-7    Filed 01/27/25    Entered 01/27/25 11:36:04    Desc
Exhibit Exhibit G - Bk Docket for 19-11556    Page 3 of 4

|            |    | Installment Payment. Payment Due by 12/30/2019 in the amount of $91.00. (Descoteaux, Janet) (Entered: 10/03/2019) |
|------------|----|------------|
| 10/03/2019 | 6  | Receipt of FIRST Installment Payment. Receipt Number 74610, Fee Amount $60.00 . (Descoteaux, Janet) (Entered: 10/03/2019) |
| 10/03/2019 | 7  | Meeting of Creditors & Notice of Appointment of Interim Trustee Lisa A. Geremia, with 341(a) Meeting to be held on 10/31/2019 at 02:30 PM at Federal Center (Room 620). Objections to Discharge due by 12/30/2019 (Entered: 10/03/2019) |
| 10/03/2019 | 8  | 7 Day Order re: Missing Documents and Certificate of Service. Missing Items: Credit Counseling Certificate. ** Missing Documents Due By: 10/10/2019, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Descoteaux, Janet) (Entered: 10/03/2019) |
| 10/03/2019 | 9  | 14 Day Order re: Missing Documents and Automatic Dismissal if documents are not timely filed. (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Shannon Roberta Majewski). To view the specific items listed in the Missing Documents Order, click on the document number for this entry. Missing Documents Due By: 10/17/2019, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Descoteaux, Janet) (Entered: 10/03/2019) |
| 10/03/2019 |    | Duplicate Filer. Information regarding previous filing: Case No.: **19-10718**, Filing Date: 5/1/2019, Chapter: 13, Discharge Date: n/a, Closing Date: 7/17/2019, Disposition: DISMISSED. (Descoteaux, Janet) (Entered: 10/03/2019) |
| 10/03/2019 |    | Financial Management Course Certificate Verifying Completion Due 12/30/2019 (Admin). (Entered: 10/04/2019) |
| 10/05/2019 | 10 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 5 Order on Motion To Pay Filing Fees in Installments) Notice Date 10/05/2019. (Admin.) (Entered: 10/06/2019) |
| 10/05/2019 | 11 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 9 14 Day Order Re: Missing Documents) Notice Date 10/05/2019. (Admin.) (Entered: 10/06/2019) |
| 10/05/2019 | 12 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 7 Creditor Meeting (Chapter 7)) Notice Date 10/05/2019. (Admin.) (Entered: 10/06/2019) |
| 10/11/2019 | 13 | Notice of Appearance and Request for Notice  Filed by Tatyana P. Tabachnik on behalf of OneMain Financial Services, Inc.. (Attachments: # 1 Certificate of Service) (Tabachnik, Tatyana) (Entered: 10/11/2019) |
| 10/17/2019 | 14 | Order Dismissing Case Failure to comply with 7 day order re: missing documents due. (related document(s):8 (7) Day Order re: Missing Documents). Unless an appeal or motion under FRBP 9023 is filed on or before: 10/31/2019, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f), the case will be administratively closed. (Lanni, Christine) (Entered: 10/17/2019) |
| 10/17/2019 |    | TEXT ONLY Notice of Appearance and Request for Notice  Filed by Stefanie D. Howell on behalf of OneMain |

| | | |
|---|---|---|
| | | Financial Services, Inc.. (Howell, Stefanie) (Entered: 10/17/2019) |
| 10/19/2019 | 15 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 14 Order Dismissing Case) Notice Date 10/19/2019. (Admin.) (Entered: 10/21/2019) |
| 11/04/2019 | | Meeting of Creditors Continued on 11/18/2019 at 10:00 AM at Federal Center (Room 620). (Geremia, Lisa) (Entered: 11/04/2019) |
| 11/05/2019 | 16 | Notice of Dismissal (related document(s):14 Order Dismissing Case). (Lanni, Christine) (Entered: 11/05/2019) |
| 11/05/2019 | | Order Discharging Chapter 7 Trustee & Closing No Asset Case (TEXT ONLY) (Lanni, Christine) (Entered: 11/05/2019) |
| 11/07/2019 | 17 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 16 Notice of Dismissal) Notice Date 11/07/2019. (Admin.) (Entered: 11/08/2019) |

--------------------------------------------------------------------------------

PACER Service Center
Transaction Receipt

01/24/2025 10:28:06

| | |
|---|---|
| PACER Login: hinshaw0185 | Client Code: 0915271 |
| Description: Docket Report | Search Criteria: 1:19-bk-11556 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included   Format: text Page counts for documents: included |
| Billable Pages: 2 | Cost: 0.20 |

--------------------------------------------------------------------------------