# EXHIBIT H

A3093\306083941.v1

```
                    United States Bankruptcy Court
                    District of Rhode Island (Providence)
                    Bankruptcy Petition #: 1:19-bk-11951
```

```
Assigned to: Judge Diane Finkle                Date filed: 12/31/2019
Chapter 13                                     Date terminated: 02/13/2020
Voluntary                                      Debtor dismissed: 01/23/2020
Asset                                          341 meeting: 01/31/2020
Debtor disposition: Dismissed for Failure to File
Information
```

```
Debtor                              represented by  Larry Majewski
Larry Majewski                                      PRO SE
75 Pope Street
Newport, RI 02840
NEWPORT-RI
(401) 500-6070
SSN / ITIN: xxx-xx-9595

Assistant U.S. Trustee
Gary L. Donahue
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903
(401) 528-5551

Trustee
John Boyajian
400 Westminster St. Box 12
Providence, RI 02903
(401) 223-5550
```

| Filing Date | # | Docket Text |
|---|---|---|
| 12/31/2019 | 1 | Chapter 13 Voluntary Petition. Fee Amount $310 Filed by Larry Majewski. Government Proof of Claim due by 6/29/2020. (Davis, Jennifer) (Entered: 12/31/2019) |
| 12/31/2019 | 2 | **RESTRICTED ACCESS!** Statement of Social Security Number (access to this document is restricted) Filed by Debtor Larry Majewski. (Davis, Jennifer) (Entered: 12/31/2019) |
| 12/31/2019 | 3 | Certificate of Pro Se Debtor Re: Preparation of Petition by Non-Legal Entity -- NONE -- Filed by Debtor Larry Majewski. (Davis, Jennifer) (Entered: 12/31/2019) |
| 12/31/2019 | 4 | Meeting of Creditors & Notice of Appointment of Interim Trustee John Boyajian, to be held on 01/31/2020 at 10:00 AM at Federal Center (Room 620). Proof of Claim due by 03/10/2020. Confirmation Hearing to be Held on 03/11/2020 at 10:00 AM at 6th Floor Courtroom. Objections to discharge due by 03/31/2020. (Entered: 12/31/2019) |
| 12/31/2019 | 5 | 14 Day Order re: Missing Documents and Automatic Dismissal if documents are not timely filed. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Larry Majewski). To view the specific items listed in the Missing Documents Order, click on the document number for this entry. Missing Documents Due By: 1/14/2020, plus an |

| Date | # | Description |
|---|---|---|
| | | additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Davis, Jennifer) (Entered: 12/31/2019) |
| 12/31/2019 | 6 | Receipt of filing fee Receipt Number 10012, Fee Amount $310.00 (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Larry Majewski). (Davis, Jennifer) (Entered: 12/31/2019) |
| 01/02/2020 | 7 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 5 14 Day Order Re: Missing Documents) Notice Date 01/02/2020. (Admin.) (Entered: 01/03/2020) |
| 01/02/2020 | 8 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 4 Creditors Meeting (Chapter 13)) Notice Date 01/02/2020. (Admin.) (Entered: 01/03/2020) |
| 01/08/2020 | 9 | Notice of Appearance and Request for Notice  Filed by Tatyana P. Tabachnik on behalf of OneMain Financial Services, Inc.. (Attachments: # 1 Certificate of Service) (Tabachnik, Tatyana) (Entered: 01/08/2020) |
| 01/09/2020 | 10 | Certificate of Credit Counseling Filed by Debtor Larry Majewski . (Lanni, Christine) (Entered: 01/09/2020) |
| 01/09/2020 | | Deadlines Updated re: Summary of Schedules, Declaration, Schedules A/B, C, D, E/F, G, H, I, J, Statement of Financial Affairs, Chapter 13 Plan, Certificate of Service re: Plan, Chapter 13 Means Test 122C-1 and if applicable 122C-2 (related document(s)5 14 Day Order Re: Missing Documents). Missing Documents Due By: 1/14/2010, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). **Certificate of Credit Counseling filed** (Lanni, Christine) Modified text to correct missing document due date on 1/23/2020 (Lanni, Christine). (Entered: 01/09/2020) |
| 01/23/2020 | 11 | Order Dismissing Case Failure to comply with 14 day order re: missing documents due. (related document(s):5 14 Day Order Re: Missing Documents). Unless an appeal or motion under FRBP 9023 is filed on or before: 2/6/2020, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f), the case will be administratively closed. (Lanni, Christine) (Entered: 01/23/2020) |
| 01/25/2020 | 12 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 11 Order Dismissing Case) Notice Date 01/25/2020. (Admin.) (Entered: 01/26/2020) |
| 02/11/2020 | 13 | Notice of Dismissal (related document(s):11 Order Dismissing Case). (Lanni, Christine) (Entered: 02/11/2020) |
| 02/13/2020 | 14 | Chapter 13 Trustee Final Report and Account . (Boyajian, John) Filed by Trustee (Entered: 02/13/2020) |
| 02/13/2020 | 15 | Order Discharging Chapter 13 Trustee & Closing Case (Lanni, Christine) (Entered: 02/13/2020) |
| 02/13/2020 | 16 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 13 Notice of Dismissal) Notice Date 02/13/2020. (Admin.) (Entered: 02/14/2020) |
| 03/03/2020 | 17 | Notice to the Court *of Missing State Tax Returns* Filed by Bernard J. Lemos on behalf of RI Division of Taxation. (Lemos, Bernard) (Entered: 03/03/2020) |

---

PACER Service Center

Transaction Receipt

01/24/2025 10:31:54

| | | |
|---|---|---|
| PACER Login: hinshaw0185 | Client Code: 0915271 | |
| Description: Docket Report | Search Criteria: 1:19-bk-11951 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included    Format: text Page counts for documents: included | |
| Billable Pages: 2 | Cost: 0.20 | |

------------------------------------------------------------------------------------