# EXHIBIT I

A3093\306083941.v1

DISMISSED, PlnDue, Debt13, Filed_As_Rose, DUPFILER, CLOSED

United States Bankruptcy Court
District of Rhode Island (Providence)
Bankruptcy Petition #: 1:21-bk-10629

Assigned to: Judge Diane Finkle                Date filed: 08/17/2021
Chapter 13                                      Date terminated: 10/22/2021
Voluntary                                       Debtor dismissed: 09/23/2021
Asset                                           341 meeting: 09/24/2021
Debtor disposition: Dismissed for Failure to File
Information

Debtor                              represented by   Shannon R. Majewski
Shannon R. Majewski                                  PRO SE
75 Pope Street
Newport, RI 02840
NEWPORT-RI
(941) 993-3603
SSN / ITIN: xxx-xx-3881

Assistant U.S. Trustee
Gary L. Donahue
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903
(401) 528-5551

Trustee
John Boyajian
400 Westminster St. Box 12
Providence, RI 02903
(401) 223-5550

| Filing Date | # | Docket Text |
|---|---|---|
| 08/17/2021 | 1 | Chapter 13 Voluntary Petition . Fee Amount $313 Filed by Shannon Roberta Majewski . Government Proof of Claim due by 2/13/2022. (Sweeney, Carolyn) (Entered: 08/17/2021) |
| 08/17/2021 | 2 | **RESTRICTED ACCESS!** Statement of Social Security Number (access to this document is restricted) Filed by Debtor Shannon R. Majewski . (Sweeney, Carolyn) (Entered: 08/17/2021) |
| 08/17/2021 | 3 | Certificate of Credit Counseling Filed by Debtor Shannon R. Majewski . (Sweeney, Carolyn) (Entered: 08/17/2021) |
| 08/17/2021 |  | Judge Diane Finkle added to case (Sweeney, Carolyn) (Entered: 08/17/2021) |
| 08/17/2021 | 4 | **THIS DOCUMENT HAS BEEN AMENDED - SEE DOC 7** 7 Day Order re: Missing Documents and Certificate of Service. Missing Items: Creditor List, Certificate by Pro Se Debtor. ** Missing Documents Due By: 8/24/2021, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Sweeney, Carolyn) Modified text on 8/17/2021 (Sweeney, Carolyn). (Entered: 08/17/2021) |
| 08/17/2021 | 5 | 14 Day Order re: Missing Documents and Automatic Dismissal if documents are not timely filed. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Shannon R. Majewski). To view the specific items listed in the Missing |

Documents order, click on the document number for this entry. Missing Documents Due By: 8/31/2021, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Sweeney, Carolyn) (Entered: 08/17/2021)

| Date | No. | Entry |
|---|---|---|
| 08/17/2021 | 6 | Receipt of filing fee Receipt Number 10339, Fee Amount $313.00 (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Shannon R. Majewski). (Sweeney, Carolyn) (Entered: 08/17/2021) |
| 08/17/2021 | 7 | **AMENDED** 7 Day Order re: Missing Documents and Certificate of Service. Missing Items: Form 1007-1.2 Certification by Pro Se Debtor. ** Missing Documents Due By: 8/24/2021, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Sweeney, Carolyn) (Entered: 08/17/2021) |
| 08/17/2021 | 8 | Meeting of Creditors 341(a) meeting to be held on 9/24/2021 at 09:30 AM at Federal Center (Room 620).Confirmation hearing to be held on 11/3/2021 at 10:00 am, Sixth Floor Courtroom. Objections to confirmation must be filed and served at least seven days prior to the date set for confirmation. See LBR 3015-3. Last day to oppose discharge or dischargeability is 11/23/2021.Proof of Claims due by 10/26/2021. Government Proof of Claim due by 2/13/2022. (Sweeney, Carolyn) (Entered: 08/17/2021) |
| 08/18/2021 | | Duplicate Filer. Information regarding previous filings: Case No.: **19-11556**, Filing Date: 10/3/2019, Chapter: 7, Discharge Date: n/a, Closing Date: 11/5/2019, Disposition: DISMISSED; Case No.: **19-10718**, Filing Date: 5/1/2019, Chapter: 13, Discharge Date: n/a, Closing Date: 7/17/2019, Disposition: DISMISSED. (Davis, Jennifer) (Entered: 08/18/2021) |
| 08/19/2021 | 9 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 8 Meeting of Creditors Chapter 13) Notice Date 08/19/2021. (Admin.) (Entered: 08/20/2021) |
| 08/19/2021 | 10 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 5 14 Day Order Re: Missing Documents) Notice Date 08/19/2021. (Admin.) (Entered: 08/20/2021) |
| 08/24/2021 | 11 | Notice of Appearance and Request for Notice  Filed by Stefanie D. Howell on behalf of OneMain Financial Services, Inc.. (Attachments: # 1 Certificate of Service) (Howell, Stefanie) (Entered: 08/24/2021) |
| 09/07/2021 | 12 | Order to Show Cause Why Case Should Not be Dismissed (related document(s)5 14 Day Order Re: Missing Documents, 7 (7) Day Order re: Missing Documents). Responses due by 9/21/2021. (Davis, Jennifer) (Entered: 09/07/2021) |
| 09/09/2021 | 13 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 12 Order to Show Cause in Writing filed by Debtor Shannon R. Majewski) Notice Date 09/09/2021. (Admin.) (Entered: 09/10/2021) |
| 09/10/2021 | 14 | Trustee Document *§341 Reset Notice* (Boyajian, John) (Entered: 09/10/2021) |
| 09/10/2021 | 15 | Trustee Document *Attorney Declaration Relating to §341 Reset Notice* (Boyajian, John) (Entered: 09/10/2021) |
| 09/13/2021 | 16 | BNC Service of Document. (related document(s)14 Trustee Document). (Davis, Jennifer) (Entered: 09/13/2021) |

| 09/15/2021 | 17 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 16 BNC Service of Document) Notice Date 09/15/2021. (Admin.) (Entered: 09/16/2021) |
|---|---|---|
| 09/23/2021 | 18 | Order Dismissing Case (related document(s):12 Order to Show Cause). Unless an appeal or motion under FRBP 9023 is filed on or before: 10/7/2021, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f), the case will be administratively closed. (Davis, Jennifer) Modified text on 9/28/2021 (Davis, Jennifer). (Entered: 09/23/2021) |
| 09/25/2021 | 19 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 18 Order Dismissing Case) Notice Date 09/25/2021. (Admin.) (Entered: 09/26/2021) |
| 10/13/2021 | 20 | Notice of Dismissal (related document(s):18 Order Dismissing Case). (Davis, Jennifer) (Entered: 10/13/2021) |
| 10/13/2021 | | Confirmation Hearing Not Held (re: 8 Meeting of Creditors Chapter 13). **Case is Dismissed. It is the responsibility of the Debtors' counsel to advise their clients that the matter has been removed from the Court's calendar** (Ricciarelli, Pamela) (Entered: 10/13/2021) |
| 10/15/2021 | 21 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 20 Notice of Dismissal) Notice Date 10/15/2021. (Admin.) (Entered: 10/16/2021) |
| 10/21/2021 | 22 | Chapter 13 Trustee Final Report and Account . (Boyajian, John) Filed by Trustee (Entered: 10/21/2021) |
| 10/22/2021 | 23 | Order Discharging Chapter 13 Trustee & Closing Case. (Davis, Jennifer) (Entered: 10/22/2021) |

```
--------------------------------------------------------------------------------
                    PACER Service Center
                    Transaction Receipt

                    01/24/2025 10:33:21

PACER Login: hinshaw0185        Client Code: 0915271
Description: Docket Report      Search Criteria: 1:21-bk-10629 Fil or Ent: filed
                                                 Doc From: 0 Doc To: 99999999
                                                 Term: included     Format: text
                                                 Page counts for documents:
                                                 included
Billable Pages: 2               Cost: 0.20
--------------------------------------------------------------------------------
```