# EXHIBIT J

PlnDue, DebtEd, Filed_As_ProSe, FeeDueINST, NOASSIGN, DUPFILER, CLOSED, DISMISSED

United States Bankruptcy Court
District of Rhode Island (Providence)
Bankruptcy Petition #: 1:22-bk-10331

| | |
|---|---|
| Assigned to: Judge Diane Finkle | Date filed: 05/25/2022 |
| Chapter 13 | Date terminated: 06/28/2022 |
| Voluntary | Debtor dismissed: 06/08/2022 |
| Asset | |
| Debtor disposition: Dismissed for Failure to File Information | |

Debtor
Shannon Roberta Majewski
75 Pope Street
Newport, RI 02840
NEWPORT-RI
(941) 993-3603
SSN / ITIN: xxx-xx-3881

represented by  Shannon Roberta Majewski
                PRO SE

Assistant U.S. Trustee
Gary L. Donahue
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903
(401) 528-5551

Trustee
John Boyajian
John Boyajian, Trustee
400 Westminster St. Ste 54
Rhode Island
Providence, RI 02903
401-223-5550

| Filing Date | # | Docket Text |
|---|---|---|
| 05/25/2022 | 1 | Chapter 13 Voluntary Petition. Fee Amount $70.00 Filed by Shannon R. Majewski. Government Proof of Claim due by 11/21/2022. (Davis, Jennifer) (Entered: 05/25/2022) |
| 05/25/2022 | | Judge Diane Finkle added to case (Davis, Jennifer) (Entered: 05/25/2022) |
| 05/25/2022 | 2 | **RESTRICTED ACCESS!** Statement of Social Security Number (access to this document is restricted) Filed by Debtor Shannon R. Majewski. (Davis, Jennifer) (Entered: 05/25/2022) |
| 05/25/2022 | 3 | Certificate of Pro Se Debtor Re: Preparation of Petition by Non-Legal Entity -- NONE -- Filed by Debtor Shannon R. Majewski. (Davis, Jennifer) (Entered: 05/25/2022) |
| 05/25/2022 | 4 | Application to Pay Filing Fee in Installments filed by Shannon R. Majewski. (Davis, Jennifer) (Entered: 05/25/2022) |
| 05/25/2022 | 5 | Order Granting Application To Pay Filing Fees In Installments. First Installment paid in the amount of $70.00; Second Installment Payment due by 6/24/2022 in the amount of $81.00; Third Installment Payment due by 7/22/2022 in the amount of $81.00; Final Installment |

1/24/25, 10:36 AM                                            CM/ECF LIVE - U.S. Bankruptcy Court:rib

Case 25-00204-jd    Doc 13-10    Filed 01/27/25    Entered 01/27/25 11:36:04    Desc
                    Exhibit Exhibit J - BK Docket 22-10331    Page 3 of 4

| | | |
|---|---|---|
| | | Payment due by 8/19/2022 in the amount of $81.00. (Davis, Jennifer) (Entered: 05/25/2022) |
| 05/25/2022 | 6 | 7 Day Order re: Missing Documents and Certificate of Service. **Missing Items: Official Form B101-Part 5 Explain Your Efforts to Receive a Briefing About Credit Counseling and certificate of credit counseling, motion for waiver of credit counseling, or statement of exigent circumstances AND Creditor List.** Missing Documents Due By: 6/1/2022, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Davis, Jennifer) (Entered: 05/25/2022) |
| 05/25/2022 | 7 | 14 Day Order re: Missing Documents and Automatic Dismissal if documents are not timely filed. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Shannon R. Majewski). To view the specific items listed in the Missing Documents Order, click on the document number for this entry. Missing Documents Due By: 6/8/2022, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Davis, Jennifer) (Entered: 05/25/2022) |
| 05/25/2022 | | Duplicate Filer. Information regarding previous filings: Case No.: **19-11556**, Filing Date: 10/3/2019, Chapter: 7, Discharge Date: n/a, Closing Date: 11/5/2019, Disposition: DISMISSED & Case No.: **19-10718**, Filing Date: 5/1/2019, Chapter: 13, Discharge Date: n/a, Closing Date: 7/17/2019, Disposition: DISMISSED & Case No.: 21-10629, Filing Date:8/17/2021, Chapter: 13, Discharge Date: n/a, Closing Date: 10/22/2021, Disposition: DISMISSED (Davis, Jennifer) Modified text on 5/27/2022 (Davis, Jennifer). (Entered: 05/25/2022) |
| 05/25/2022 | 8 | Receipt of FIRST Installment Payment. Receipt Number 10449, Fee Amount $70.00. (Davis, Jennifer) (Entered: 05/25/2022) |
| 05/27/2022 | 9 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 5 Order on Motion To Pay Filing Fees in Installments) Notice Date 05/27/2022. (Admin.) (Entered: 05/28/2022) |
| 05/27/2022 | 10 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 7 14 Day Order Re: Missing Documents) Notice Date 05/27/2022. (Admin.) (Entered: 05/28/2022) |
| 05/31/2022 | 11 | Certificate of Credit Counseling filed by Debtor Shannon Roberta Majewski. (Davis, Jennifer) (Entered: 05/31/2022) |
| 06/01/2022 | | Deadlines Updated re: Creditor List STILL DUE (related document(s)6 (7) Day Order re: Missing Documents). Missing Documents Due By: 6/1/2022, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). ***Certificate of Credit Counseling filed** (Lanni, Christine) (Entered: 06/01/2022) |
| 06/02/2022 | 12 | Notice of Appearance and Request for Notice  Filed by Jason David MacKeen on behalf of OneMain Financial Services, Inc.. (Attachments: # 1 Certificate of Service) (MacKeen, Jason) (Entered: 06/02/2022) |
| 06/08/2022 | 13 | Order Dismissing Case (related document(s):6 (7) Day Order re: Missing Documents). Unless an appeal or motion under FRBP 9023 is filed on or before: 6/22/2022, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f), the case will be administratively |

|            |    |                                                                                                                                                              |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | closed. (Davis, Jennifer) [sent to debtor via regular mail]. (Entered: 06/08/2022)                                                                           |
| 06/10/2022 | 14 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 13 Order Dismissing Case) Notice Date 06/10/2022. (Admin.) (Entered: 06/11/2022)          |
| 06/27/2022 | 15 | Chapter 13 Trustee Final Report and Account . (Boyajian, John) Filed by Trustee (Entered: 06/27/2022)                                                        |
| 06/28/2022 | 16 | Notice of Dismissal (related document(s):13 Order Dismissing Case). (Davis, Jennifer) (Entered: 06/28/2022)                                                  |
| 06/28/2022 | 17 | Order Discharging Chapter 13 Trustee & Closing Case. (Davis, Jennifer) (Entered: 06/28/2022)                                                                 |
| 06/30/2022 | 18 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 16 Notice of Dismissal) Notice Date 06/30/2022. (Admin.) (Entered: 07/01/2022)            |

```
--------------------------------------------------------------------------------
                        PACER Service Center
                        Transaction Receipt

                        01/24/2025 10:35:58

PACER Login: hinshaw0185         Client Code: 0915271
Description: Docket Report       Search Criteria: 1:22-bk-10331 Fil or Ent: filed
                                  Doc From: 0 Doc To: 99999999
                                  Term: included    Format: text
                                  Page counts for documents:
                                  included
Billable Pages: 2                Cost: 0.20
--------------------------------------------------------------------------------
```