# EXHIBIT K

```
                        United States Bankruptcy Court
                        District of Rhode Island (Providence)
                        Bankruptcy Petition #: 1:24-bk-10731
```

```
Assigned to: Judge Diane Finkle                    Date filed: 10/11/2024
Chapter 13                                         Date terminated: 12/10/2024
Voluntary                                          Debtor dismissed: 11/20/2024
Asset                                              341 meeting: 12/06/2024
Debtor disposition: Dismissed for Failure to File
Information
```

```
Debtor                              represented by   Shannon R Majewski
Shannon R Majewski                                   PRO SE
75 Pope Street
Newport, RI 02840
NEWPORT-RI
941-993-3603
SSN / ITIN: xxx-xx-3881

Assistant U.S. Trustee
Gary L. Donahue
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903
(401) 528-5551

Trustee
Charles A. Pisaturo, Jr.
Office of the Chapter 13 Trustee
400 Westminster Street, Suite 54
Providence, RI 02903
401-223-5550
```

| Filing Date | # | Docket Text |
|---|---|---|
| 10/11/2024 | 1 | Chapter 13 Voluntary Petition . Filed by Shannon R Majewski . Government Proof of Claim due by 4/9/2025. [Filed via e-mail at 9:00 AM on 10/11/2024] (Ricciarelli, Pamela) (Entered: 10/11/2024) |
| 10/11/2024 |   | Judge Diane Finkle added to case (Ricciarelli, Pamela) (Entered: 10/11/2024) |
| 10/11/2024 | 2 | Certificate of Credit Counseling Filed by Debtor Shannon R Majewski . [Filed via e-mail at 9:00 AM on 10/11/2024] (Ricciarelli, Pamela) (Entered: 10/11/2024) |
| 10/11/2024 | 3 | 7 Day Order re: Missing Documents and Certificate of Service. Missing Items: **Creditor Matrix**. ** Missing Documents Due By: 10/18/2024, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f). (Ricciarelli, Pamela) (Entered: 10/11/2024) |
| 10/11/2024 | 4 | 14 Day Order re: Missing Documents and Automatic Dismissal if documents are not timely filed. (related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Shannon R Majewski). To view the specific items listed in the Missing Documents Order, click on the document number for this entry. Missing Documents Due By: 10/25/2024, plus an additional 3 days if served by mail or otherwise allowed |

1/24/25, 10:37 AM                                 ecf.rib.uscourts.gov - LiveDatabaseArea1
Case 25-00204-jd    Doc 13-11    Filed 01/27/25    Entered 01/27/25 11:36:04    Desc
                    Exhibit Exhibit K - BK docket for 24-10731    Page 3 of 5

| Date | Doc # | Description |
|---|---|---|
| | | under FRBP 9006(f). (Ricciarelli, Pamela) (Entered: 10/11/2024) |
| 10/11/2024 | | Duplicate Filer. Information regarding previous filings: Case No.: **22-10331,** Filing Date: 5/25/2022, Chapter: 13, Discharge Date: N/A, Closing Date: 6/28/2022, Disposition: DISMISSED. ***Case No.: 19-11556, Filing Date: 10/3/2019, Chapter: 7, Discharge Date: n/a, Closing Date: 11/5/2019, Disposition: DISMISSED. ***Case No.: 19-10718, Filing Date: 5/1/2019, Chapter: 13, Discharge Date: n/a, Closing Date: 7/17/2019, Disposition: DISMISSED. ***Case No.: 21-10629, Filing Date:8/17/2021, Chapter: 13, Discharge Date: n/a, Closing Date: 10/22/2021, Disposition: DISMISSED (Ricciarelli, Pamela) (Entered: 10/11/2024) |
| 10/11/2024 | 5 | Application to Pay Filing Fee in Installments filed by Shannon R Majewski.Status Check Due by:10/15/2024. [Filed via e-mail at 9:00 AM on 10/11/2024] (Ricciarelli, Pamela) (Entered: 10/11/2024) |
| 10/11/2024 | 6 | Order Denying (Related Documents: 5) Application To Pay Filing Fees In Installments. Full Filing Fee Due by: 10/16/2024. (Ricciarelli, Pamela) (Entered: 10/11/2024) |
| 10/11/2024 | | Entry (related document(s)3 (7) Day Order re: Missing Documents, 4 14 Day Order Re: Missing Documents, 6 Order). **Copy of Orders sent to Debtor by e-mail and regular first class mail from the Clerk's Office. (Ricciarelli, Pamela) (Entered: 10/11/2024) |
| 10/13/2024 | 7 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 6 Order on Motion To Pay Filing Fees in Installments) Notice Date 10/13/2024. (Admin.) (Entered: 10/14/2024) |
| 10/13/2024 | 8 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 4 14 Day Order Re: Missing Documents) Notice Date 10/13/2024. (Admin.) (Entered: 10/14/2024) |
| 10/16/2024 | 9 | Receipt of filing fee Receipt Number 10000176, Fee Amount $313.00 (related document(s)6 Order on Motion To Pay Filing Fees in Installments). (Lanni, Christine) (Entered: 10/16/2024) |
| 10/16/2024 | | Receipt of Chapter 13 Filing Fee - $313.00 by DF. Receipt Number 10000176. (admin) (Entered: 10/16/2024) |
| 10/17/2024 | 10 | Application For Access To Electronic Drop Box and Declaration Regarding Electronic Filing filed by Shannon R Majewski. **Submitted via Helpdesk Email 10/17/24 at 12:20 PM** (Lanni, Christine) (Entered: 10/17/2024) |
| 10/17/2024 | 11 | Order Granting Application For Access To Electronic Drop Box and Declaration Regarding Electronic Filing (Related Doc # 10) . (Lanni, Christine) Additional attachment(s) added on 10/17/2024 (Lanni, Christine). (Entered: 10/17/2024) |
| 10/17/2024 | 12 | **RESTRICTED ACCESS!** Statement of Social Security Number (access to this document is restricted) Filed by Debtor Shannon R Majewski . **Submitted via Electronic Drop Box 1:48 PM 10/17/24** (Lanni, Christine) Modified text on 10/17/2024 (Lanni, Christine). (Entered: 10/17/2024) |
| 10/17/2024 | 13 | Motion to Extend Time until 10/28/2024 to file Creditor List filed by Shannon R Majewski (related document(s)3 (7) |

| Date | Doc # | Description |
|---|---|---|
| | | Day Order re: Missing Documents). **Submitted via Electronic Drop Box 2:05 PM 10/17/2024** (Lanni, Christine) (Entered: 10/17/2024) |
| 10/17/2024 | 14 | Order Granting Motion to Extend Time to file creditor list (Related Doc # 13) . Updated deadline due by: 10/28/2024 for Creditor List to be filed. **See order for details**. (Lanni, Christine) (Entered: 10/17/2024) |
| 10/17/2024 | | Entry (related document(s)14 Order on Motion to Extend Time). *Copy of Doc. #14 sent via U.S. Postal Service from the Clerk's Office on 10/17/24 to Pro Se Debtor** (Lanni, Christine) (Entered: 10/17/2024) |
| 10/19/2024 | 15 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 14 Order on Motion to Extend Time) Notice Date 10/19/2024. (Admin.) (Entered: 10/20/2024) |
| 10/30/2024 | | Creditor List Filed by Debtor Shannon R Majewski. 19 creditors submitted and have been uploaded . (Lanni, Christine) (Entered: 10/30/2024) |
| 10/30/2024 | 16 | Amended Schedule(s)/Statements filed: Petition Page- Page 9 corrected telephone number [Fee Due No] Filed by Debtor Shannon R Majewski . **Submitted via Electronic Drop Box 10/30/2024 9:00 AM** (Lanni, Christine) (Entered: 10/30/2024) |
| 10/30/2024 | 17 | Meeting of Creditors 341(a) meeting to be held on 12/6/2024 at 10:30 AM at Zoom.US - Pisaturo: Meeting ID: 952 116 2864, Passcode: 0763615457, Phone: (401) 522-6626.Confirmation hearing to be held on 1/15/2025 at 10:00 am, Sixth Floor Courtroom. Objections to confirmation must be filed and served at least seven days prior to the date set for confirmation. See LBR 3015-3. Last day to oppose discharge or dischargeability is 2/4/2025.Proof of Claims due by 12/20/2024. Government Proof of Claim due by 4/9/2025. (Lanni, Christine) (Entered: 10/30/2024) |
| 10/30/2024 | 18 | Motion to Extend Time until 11/15/2024 to file missing documents filed by Shannon R Majewski (related document(s)4 14 Day Order Re: Missing Documents). **Submitted via Electronic Drop Box 10/30/2024 at 11:18 AM** (Lanni, Christine) (Entered: 10/30/2024) |
| 10/30/2024 | 19 | Order Granting Motion to Extend Time to file all missing documents(Related Doc # 18) . Updated deadline due by: 11/15/2024 for missing documents to be filed re: 4 14 Day Order re: Missing Documents Due. **See Order for Details**. (Lanni, Christine) (Entered: 10/30/2024) |
| 10/30/2024 | | Entry (related document(s)19 Order on Motion to Extend Time). **Copy of Doc. #19 sent via U.S. Postal Service from the clerk's office and sent via email to pro se debtor on 10/30/2024** (Lanni, Christine) (Entered: 10/30/2024) |
| 11/01/2024 | 20 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 17 Meeting of Creditors Chapter 13) Notice Date 11/01/2024. (Admin.) (Entered: 11/02/2024) |
| 11/01/2024 | 21 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 19 Order on Motion to Extend Time) Notice Date 11/01/2024. (Admin.) (Entered: 11/02/2024) |
| 11/04/2024 | 22 | Notice of Appearance and Request for Notice  Filed by Rebecca Lynn Washington on behalf of OneMain Financial Group, LLC, successor by merger to OneMain Financial |

| | | |
|---|---|---|
| | | Services, Inc.. (Attachments: # 1 Certificate of Service) (Washington, Rebecca) (Entered: 11/04/2024) |
| 11/20/2024 | 23 | Order Dismissing Case Failure to comply with 19 Order Granting Motion to Extend Time to file all missing documents time re: 4 14 Day Order Re: Missing Documents Due). Unless an appeal or motion under FRBP 9023 is filed on or before: 12/4/2024, plus an additional 3 days if served by mail or otherwise allowed under FRBP 9006(f), the case will be administratively closed. (Lanni, Christine) (Entered: 11/20/2024) |
| 11/20/2024 | | Entry (related document(s)23 Order Dismissing Case). **Copy of Doc. #23 sent via U.S. Postal Service from the clerk's office on 11/20/2024 to pro se debtor** (Lanni, Christine) (Entered: 11/20/2024) |
| 11/22/2024 | 24 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 23 Order Dismissing Case) Notice Date 11/22/2024. (Admin.) (Entered: 11/23/2024) |
| 12/05/2024 | 25 | Chapter 13 Trustee Final Report and Account . (Pisaturo, Charles) Filed by Trustee (Entered: 12/05/2024) |
| 12/10/2024 | 26 | Notice of Dismissal (related document(s):23 Order Dismissing Case). (Lanni, Christine) (Entered: 12/10/2024) |
| 12/10/2024 | 27 | Order Discharging Chapter 13 Trustee & Closing Case (Lanni, Christine) (Entered: 12/10/2024) |
| 12/12/2024 | 28 | BNC Certificate of Notice - PDF Document. (RE:related documents(s) 26 Notice of Dismissal) Notice Date 12/12/2024. (Admin.) (Entered: 12/13/2024) |

---

```
                        PACER Service Center
                        Transaction Receipt

                        01/24/2025 10:37:07
```

| | |
|---|---|
| PACER Login: hinshaw0185 | Client Code: 0915271 |
| Description: Docket Report | Search Criteria: 1:24-bk-10731 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included    Format: text Page counts for documents: included |
| Billable Pages: 3 | Cost: 0.30 |

---