Filed By The Court
2/6/2025 12:07 PM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

1  Lawrence Majewski
2090 Country Manor Drive
2  Mt Pleasant, SC 29466
sixadevelopment@yahoo.com
3  401-500-6070

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| LAWRENCE MAJEWSKI | |
|---|---|
| Debtor, | |
| vs. | Case No.: 25-00204-JD |
| ONE MAIN FINANCIAL GROUP | |
| Creditor, | |
| | **MOTION FOR EXTENSION OF TIME TO SECURE COUNSEL** |

COMES NOW, Lawrence Majewski, Debtor in the above-captioned case, and hereby respectfully moves this Court for an extension of time to secure counsel, for the following reasons:

MOTION FOR EXTENSION OF TIME TO SECURE COUNSEL - 1

**STATEMENT OF FACTS**

1. **To Secure Counsel:**

The Debtor respectfully requests that this Court grant an extension.

2. **Notice of Hearing:**

The Debtor received notification of hearing February 5th, 2025.

RELIEF REQUESTED

WHEREFORE, the Debtor respectfully requests that this Court grant an extension of 30 days to secure counsel.

Respectfully submitted this 6th day of February, 2025

Signature: _____

Lawrence Majewski

MOTION FOR EXTENSION OF TIME TO SECURE COUNSEL - 2