UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA (CHARLESTON)

| | |
|---|---|
| Lawrence Majewski,<br><br>Debtor. | Chapter 13<br>Case No. 25-00204 |

**ONEMAIN FINANCIAL GROUP, LLC'S RESPONSE TO DEBTOR'S OBJECTION TO TIMELY SERVICE**

OneMain Financial Group, LLC ("OMFG") submits the following reply brief for the sole purpose of responding to the Motion for Failure of Service (ECF No. 35) filed by Debtor Lawrence Majewski, a/k/a Larry Majewski, (the "Debtor"). Debtor's sole response to OMFG's request for relief from the Automatic Stay is that OMFG failed to timely serve the Motion. However, review of OMFG's service demonstrates that no delay resulted from OMFG's conduct; but rather from the Debtor's failures.

The Federal Rules of Bankruptcy Procedure provides that service of process, any other document or notice is complete upon mailing. USCS Bankruptcy R 9006; *see Eagle Bus Mfg. v. Rogers*, 62 F.3d 730, 735 (5th Cir. 1995) ("These rules imply that correctly mailed notice creates a presumption that proper notice was given."); *In re De Weerd*, C.A. No. 16-05655-JW, 2017 Bankr. LEXIS 4616, *7 (Bankr. D.S.C. Mar. 16, 2017) ("…. mail that is properly address, stamped, and deposited into the mails is presumed to be received by the addressee…."); and *In re Perkins*, C.A. No. 10-03041-JW, 2011 Bankr. LEXIS 576, *6 (Bankr. D.S.C. Feb. 8, 2011) (debtor's testimony that he did not receive the mailed copy of a motion for relief from stay alone is insufficient to rebut the presumption of service). For example, in *In re Tillman*, C.A. No. 17-60831-7, 2017 Bankr. LEXIS 3877, *16 (Bankr. D.Mont. Nov. 9, 2017), the court denied reconsideration of an order granting relief from stay based on debtor's challenge to the certificate

of service, because the difficulties that the debtor encountered receiving mail were attributable to the debtor's failure to maintain a mailbox at their mailing address and to retrieve mail from the post office after problems with their mailbox were encountered.

In this case, OMFG's counsel served the Motion for Relief from Stay by United States Mail on the Debtor at his designated address, 2090 Country Manor Drive, Mt. Pleasant, SC 29466-7411, on January 27, 2025. Proof of mailing alone under the Federal Bankruptcy Rules demonstrates that OMFG complied with the applicable service requirements. Any delays Debtor alleges in receiving the Motion for Relief from Stay are more likely attributable to the Debtor's failure to retrieve his mail in a timely manner. Without question, Debtor intended this bankruptcy petition to result in the cancellation of a foreclosure auction on 75 Pope Street, Newport, Rhode Island. Debtor's Rhode Island counsel e-mailed a copy of the docket for this case to OMFG's Rhode Island counsel on January 21, 2025 and stated: "Please cancel this sale as per this Chapter 13 filing." (Debtor's Counsel's E-mail, *Exhibit C*.) The Debtor cannot file a bankruptcy petition, demand cancellation of a valid and enforceable foreclosure, and then assume that OMFG will take no further action. The Debtor's prior experience with bankruptcy filings supports and inference that the Debtor knows exactly how creditors respond to bankruptcy petitions.

OMFG timely served the Motion for Relief from Stay in compliance with the Federal Rules of Bankruptcy. The Debtor raised no substantive objection to the relief sought, because no good faith objection exists. Therefore, this Court should deny the Debtor's opposition and grant relief from stay.

        Respectfully submitted,

        OneMain Financial Group, LLC

        By: Its Attorneys

        */s/ Siobhan Grant*
        Siobhan Grant (I.D. 14044)
        HINSHAW & CULBERTSON LLP
        2811 Ponce de Leon Blvd.
        Suite 1000, 10th Floor
        Coral Gables, FL 33134
        305-428-5118
        305-577-1063  (facsimile)
        sgrant@hinshawlaw.com

Dated:    February 14, 2025

55043\323870762.v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA (CHARLESTON)

| | |
|---|---|
| Lawrence Majewski,<br><br>   Debtor. | Chapter 13<br>Case No. 25-00204 |

## CERTIFICATE OF SERVICE

I, Siobhan Grant, do hereby certify that on February 14, 2025, I filed through the Court's ECF system **OneMain Financial Group, LLC's Motion for Relief from Stay and for *in Rem* Relief.** A copy was served through the Court's ECF system on registered participating as identified on the Notice of Electronic filing (NEF) and on the attached service list by mailing a copy of same by First Class mail, postage prepaid.

Respectfully submitted,

One Main Financial Group, LLC

By: Its Attorneys

/s/ *Siobhan Grant*
Siobhan Grant (I.D. 14044)
HINSHAW & CULBERTSON LLP
2811 Ponce de Leon Blvd.
Suite 1000, 10th Floor
Coral Gables, FL 33134
305-428-5118
305-577-1063 (facsimile)
sgrant@hinshawlaw.com

Dated:   February 14, 2025

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 25-00204-jd<br>District of South Carolina<br>Charleston<br>Fri Feb 14 13:42:36 EST 2025 | Siobhan E. P. Grant<br>Hinshaw & Culbertson LLP<br>2811 Ponce de Leon Blvd<br>Suite 1000<br>Ste 10th Floor<br>Coral Gables, FL 33134-6916 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 |
| Lawrence Majewski<br>2090 Country Manor Dr.<br>Mt. Pleasant, SC 29466-7411 | OneMain Financial Group, LLC<br>Robertson, Anschutz, Schneid, Crane & Pa<br>13010 Morris Road., Suite 450<br>Alpharetta, GA 30004-2001 | OneMain Financial Group, LLC<br>c/o Hinshaw & Culbertson LLP<br>2811 Ponce de Leon Blvd.<br>Suite 1000, 10th FL<br>Coral Gables, FL 33134-6924 |
| Mary Powers<br>Robertson, Anschutz, Schneid, Crane & Pa<br>13010 Morris Road<br>Suite 450<br>Alpharetta, GA 30004-2001 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | James M. Wyman<br>PO Box 997<br>Mount Pleasant, SC 29465-0997 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sps Financial

End of Label Matrix
Mailable recipients    8
Bypassed recipients    1
Total                  9