# Scanned with TurboScan.

**SPS** SELECT Portfolio SERVICING, Inc.
P O Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Sign up for paperless delivery at www.spservicing.com

Paperless

**Mortgage Statement**
Statement Date: 12/02/2024
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Friday 8:00AM - 9:00PM ET
Saturday 8:00AM - 2:00PM ET

For other important information, see reverse side

* 2147581 000080079 1300  P2

Larry J Majewski
Shannon R Majewski
75 Pope St
Newport, RI 02840-3552

| Account Number | 0017104753 |
|---|---|
| Property Address | 75 POPE ST & WEST ST 2 NEWPORT RI 02840 |
| Loan Due Date | 02/17/2014 |
| Payment Due Date | 12/17/2024 |
| Amount Due | $329,566.85 |

**Explanation of Amount Due**

This account has been accelerated, which means all outstanding amounts are due. The accelerated amount as of 12/02/2024 is $607,764.69'.

As of 12/02/2024, SPS will accept the amount below to reinstate this account.

| Current Payment Due | $2,437.38 |
|---|---|
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $56,055.13 |
| Past Due Payment(s) | $271,074.34 |
| Unapplied Payment(s) | $0.00 |
| Amount to Reinstate Account | $329,566.85 |

**Account Information**

| Interest Bearing Principal | $266,192.97 |
|---|---|
| Deferred Principal | $0.00 |
| Outstanding Principal¹ | $266,192.97 |
| Interest Rate (Until Feb. 2025) | 11.680%¹ |
| Prepayment Penalty | No |

**Transaction Activity** (11/02/2024 to 12/02/2024)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Other Fees | Expenses Pd by Servicer | Total |
|---|---|---|---|---|---|---|---|---|
| 11/02 | BEG BALANCE | $266,192.97 | $206,426.44 | $78,933.46 | $0.00 | $100.00 | $55,870.13 | $605,808.00 |
| 11/08 | HAZARD INS | 0.00 | 0.00 | 179.67 | 0.00 | 0.00 | 0.00 | 179.67 |
| 12/02 | ENDING BALANCE | $266,192.97 | $206,426.44 | $78,113.13 | $0.00 | $100.00 | $55,870.13 | $605,707.67 |

NOTICE OF ACCEPTANCE OF MOTIFIED MORTGAGE - 3

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | I HEREBY CERTIFY that, on February 27, 2025. I electronically filed the foregoing with the Clerk of Coult using the CM/ECF system, and a true and correct copy has been served via. United States Mail to the following: |
| 5 | |
| 6 | And -via electronic mail to: |
| 7 | |
| 8 | James M. Wyman<br>PO Box 997<br>Mount Pleasant. SC 29465-0997 |
| 9 | |
| 10 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia. SC 29201 |
| 11 | |
| 12 | |
| 13 | |
| 14 | Siobhan Grant (I.D. 14044)<br>HINSHAW & CULBERTSON LLP<br>2811 Ponce de Leon Blvd.<br>Suite 1000, 10th Floor<br>Coral Gables, FL 33134<br>305-428-5118<br>305-577-1063 (facsimile)<br>sgrant@hinshawlaw.com |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Lawrence Majewski |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | NOTICE OF ACCEPTANCE OF MOTIFIED MORTGAGE - 4 |

**SPS | SELECT Portfolio SERVICING, inc.**
P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Sign up for paperless delivery at www.spservicing.com
Paperless

**Mortgage Statement**
Statement Date: 12/02/2024
Page 1 of 3

Customer Service: (800) 258-8602
Monday - Friday   8:00AM - 9:00PM ET
Saturday   8:00AM - 2:00PM ET

*For other important information, see reverse side*

• 2147581 000000070 1300   P2

Larry J Majewski
Shannon R Majewski
75 Pope St
Newport, RI 02840-3552

70

| Account Number | 0017104753 |
|---|---|
| Property Address | 75 POPE ST & WEST ST 2 NEWPORT RI 02840 |
| Loan Due Date | 02/17/2014 [4] |
| Payment Due Date | 12/17/2024 |
| Amount Due | $329,566.85 |

### Explanation of Amount Due

This account has been accelerated, which means all outstanding amounts are due. The accelerated amount as of 12/02/2024 is $607,764.69[1].

As of 12/02/2024, SPS will accept the amount below to reinstate this account.

| | |
|---|---|
| Current Payment Due | $2,437.38 |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $56,055.13 |
| Past Due Payment(s) | $271,074.34 |
| Unapplied Payment(s) | $0.00 |
| **Amount to Reinstate Account** | **$329,566.85** |

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $266,192.97 |
| Deferred Principal | $0.00 |
| Outstanding Principal [1] | $266,192.97 |
| Interest Rate (Until Feb. 2025) | 11.680%[5] |
| Prepayment Penalty | No |

### Transaction Activity (11/02/2024 to 12/02/2024)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|
| 11/02 | BEG BALANCE | $266,192.97 | $208,426.44 | $75,933.46 | $0.00 | $185.00 | $55,870.13 | $606,608.00 |
| 11/06 | HAZARD INS | 0.00 | 0.00 | 179.67 | 0.00 | 0.00 | 0.00 | 179.67 |
| 12/02 | ENDING BALANCE | $266,192.97 | $208,426.44 | $76,113.13 | $0.00 | $185.00 | $55,870.13 | $606,787.67 |

---

Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.

**MONTHLY PAYMENT COUPON**

**Amount Due**

| Borrower Name(s) | Larry J Majewski Shannon R Majewski |
|---|---|
| Account Number | 0017104753 |

Due By 12/17/2024: $329,566.85

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT 84165-0450

**Make checks payable to: Select Portfolio Servicing**

| Monthly Payment | $ . |
|---|---|
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Late Fees | $ . |
| Other (Please Specify) | $ . |
| | |
| **Total Amount Enclosed** | **$ .** |

☐ Change of address or telephone? If so, check here and note changes on back

2771 0017104753 0000243738 0000243738 1

**Fill in this information to identify the case:**

Debtor 1  Lawrence Majowski

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the _ District of SOUTH CAROLINA

Case number 25-00204-jd

## Official Form 410S1
## Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: OneMain Financial Group, LLC, successor by merger to OneMain Financial Services, Inc.

Court claim no. (if known): N/A

Last 4 digits of any number you use to identify the debtor's account: 4753

Date of payment change: 3/17/2025
Must be at least 21 days after date of this notice

New total payment: $2,374.23
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ■ No.
   □ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____

   Current escrow payment: _____     New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   □ No
   ■ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____

   Current interest rate:     11.68000%         New interest rate:     11.18000%

   Current principal and interest payment: $2,437.38   New principal and interest payment: $2,374.23

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   □ Yes  Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: _____     New mortgage payment: _____

Official Form 410S1             Notice of Mortgage Payment Change                    page 1

Debtor 1 <u>Lawrence Malewski</u>
      Print Name   Middle Name   Last Name

Case number (if known) <u>25-00204-jd</u>

**Part 4:    Sign Here**   _Lawrence Malewski_   FEB 27, 2025

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ <u>/s/ Mary Powers</u>     Date  <u>02/20/2025</u>
   Signature

Print     <u>Mary                 Powers</u>
        First Name  Middle Name  Last Name

Title  <u>Authorized Agent for Creditor</u>

Company  <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address  <u>13010 Morris Road, Suite 450</u>
        Number    Street

<u>Alpharetta</u>       <u>GA</u>    <u>30004</u>
City                State   ZIP Code

Contact Phone  <u>470-321-7112</u>

Email  <u>mpowers@raslg.com</u>

Official Form 410S1      Notice of Mortgage Payment Change      page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _____February 20, 2025_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Lawrence Majewski
2090 Country Manor Dr.
Mt. Pleasant, SC 29466-7411

And via electronic mail to:

James M. Wyman
PO Box 997
Mount Pleasant, SC 29465-0997

US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201

By: /s/ Savanna Pacino

**SPS** SELECT Portfolio SERVICING, inc.

Sign up for paperless delivery at www.spservicing.com
Paperless

February 4, 2025

LARRY J MAJEWSKI
SHANNON R MAJEWSKI
75 POPE ST
NEWPORT, RI 02840-3552

**Account Number:** 
**Property Address:** 75 POPE ST & WEST ST 2
NEWPORT, RI 02840

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account's home mortgage payments.

**CHANGES TO THE MORTGAGE INTEREST RATE AND PAYMENTS ON 03/17/2025.**

Under the terms of the account's Adjustable-Rate Mortgage, you had a 3 month period during which the interest rate and principal and interest payment remained the same. The interest rate initially changed on 05/17/2015 and may change every 3 month(s) for the life of the mortgage. The rate is scheduled to change again on 05/17/2025 with a corresponding payment change on 06/17/2025.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
| --- | --- | --- |
| Interest Rate | 11.68000% | 11.18000% |
| Principal | $465.13 | $490.74 |
| Interest | $1,972.25 | $1,883.49 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Total Monthly Payment | $2,437.38 | $2,374.23 Due 03/17/2025 |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 7.50000% and the margin is 3.68000%. The index is the WALLSTREET JOURNAL PRIME RATE and is published MONTHLY IN THE WALLSTREET JOURNAL.

**Rate Limits:** The rate cannot go higher than 15.00000% or less than 7.00000% over the life of the loan.



The rate can change each subsequent period by no more than 1.00000%.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the WALLSTREET JOURNAL PRIME RATE, the margin, rounding of 0.00000%, the account balance of $202,163.13, and the remaining amortized loan term of 170 months.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly payment will change to match the amount provided in this notice. This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty:** None

If you seek an alternative to the changes to the interest rate and payment, the following options may be possible (subject to lender approval):
- Refinance the loan with another lender;
- Sell your home and use the proceeds to pay off the current loan;
- Modify the loan terms with us;
- Payment forbearance, which temporarily gives you more time to pay the monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information. Representatives are available Monday through Friday between the hours of 8 a.m. and 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like counseling or assistance you can contact the following: U.S. Department of Housing and Urban Development. For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.

This information is intended for informational purposes only and is not considered an attempt to collect a debt.

