**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: **25-00204-jd**

### Order Dismissing Case with Prejudice

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**04/30/2025**



*S. Jefferson Davis IV*
US Bankruptcy Judge
District of South Carolina

Entered: 04/30/2025

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| IN RE: | |
|---|---|
| | C/A No. 25-00204-JD |
| Lawrence Majewski, | Chapter 13 |
| Debtor. | **ORDER DISMISSING CASE** |

**THIS MATTER** came before the Court for a hearing on April 30, 2025, on the Order of Dismissal Under 11 U.S.C. § 521(i)(2) and Rule to Show Cause ("Order to Appear and Show Cause") entered by the Court on March 4, 2025[1] and amended on March 17, 2025.[2] On January 17, 2025 (the "Petition Date"), Lawrence Majewski ("Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code. Debtor failed to timely file documents required by 11 U.S.C. § 521(a).

Pursuant to 11 U.S.C. § 521(i), the Debtor was required to file the documents required by 11 U.S.C. § 521(a)—including schedules and statements—by March 3, 2025, or the case would be automatically dismissed on March 4, 2025.  *See* 11 U.S.C. § 521(i)(1).  The Order to Appear and Show Cause dismissed the case and required Debtor to show cause why the case should not be dismissed with prejudice for a two-year period. Debtor appeared *pro se* at the April 30, 2025, hearing.

Based on the history of filings by Debtor and non-filing spouse Shannon Majewski, dismissal of this case is with prejudice as to chapters 11, 12, and 13 for a period of one (1) year from the date of this order. However, notwithstanding this provision, Debtor may refile a chapter 11, 12, or 13 case within the one (1) year period if he is represented by counsel licensed to practice before this Court in such a filing.

**AND IT IS SO ORDERED.**

---

[1] ECF No. 62.
[2] ECF No. 69.